UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| ANNA J., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 1:23-cv-00397-LEW |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION COMMISSIONER, | ) ) | |
| | ) | |
| Defendant | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION**

On July 31, 2024, United States Magistrate Judge Karen Frink Wolf filed with the court, with copies to counsel, her Report and Recommended Decision. The defendant filed an objection to the Recommended Decision on August 14, 2024, and the Commissioner filed his response on August 27, 2024. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

Of note, I agree with the Magistrate Judge that the ALJ was not dismissive of the opinions of Plaintiff's providers but, rather, permissibly found their function reports to be overly severe; and that once the weight of the providers' opinions was compromised in this fashion, substantial evidence on the record permitted the ALJ's residual functional capacity finding and resulting determination that Plaintiff was not under a disability. While the

Court agrees with Plaintiff that her ability to perform certain activities of daily living does not *alone* establish that she is able to engage in substantial gainful activity and that her pain management program and work history could have been weighed differently by another fact finder, nonetheless there is substantial evidence on the record that supports the manner in which the ALJ weighed the conflicting evidence.  Consequently, I agree with the Magistrate Judge that remand is not appropriate on this record.

The Recommended Decision of the Magistrate Judge is hereby AFFIRMED and ADOPTED (ECF No. 15).  The Commissioner's final administrative decision is AFFIRMED.

SO ORDERED.

Dated this 22nd day of October, 2024.

/s/ Lance E. Walker
**CHIEF U.S. DISTRICT JUDGE**